IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELITE STAFFING, INC., an Illinois Corporation, ) ) ) Plaintiff, ) ) v. ) ) DIVERSAPACK, LLC, a Georgia Limited ) Liability Company, DIVERSAPACK OF ) ILLINOIS, LLC, a Delaware Limited Liability ) Company, DIVERSAPACK OF MONROE, LLC, ) a Delaware Limited Liability Company, ) DIVERSAPACK OF NORTH CAROLINA, LLC, ) a Delaware Limited Liability Company, ) DIVERSAPACK OF CHINO, LLC, ) a Delaware Limited Liability Company, ) ) Defendants. ) | Civil Action No. |

## NOTICE OF REMOVAL

TO: HONORABLE U.S. DISTRICT JUDGE AND
THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Diversapack, LLC, Diversapack of Illinois, LLC, Diversapack of Monroe, LLC, Diversapack of North Carolina, LLC and Diversapack of Chino, LLC (collectively as the "Removing Parties"), by their undersigned attorneys, submit this Notice of Removal of this action pending in the Circuit Court of Cook County, Illinois, pursuant to 29 U.S.C. §§ 1332, 1441 and 1446 and state as follows:

1. On June 2, 2011, the above-captioned action was commenced against the Removing Parties and is presently pending in the Circuit Court of Cook County, Illinois, known as <u>Elite Staffing, Inc. v Diversapack, LLC, et al.</u>, 2011 L 005693.

2. The United States District Court for the Northern District of Illinois embraces the place where the above-captioned action is pending.

3. On June 9, 2011, the Removing Parties were served with the Summons and Complaint in the above-captioned action.

4. Upon information and belief, no other parties have been joined and served as defendants in this action.

5. Attached as Exhibit A is a copy of "all process, pleadings and orders" in this matter received by defendants to date.

6. Upon information and belief, plaintiff Elite Staffing, Inc. was at the time of filing of this action, an Illinois Corporation, with its principal place of business in the State of Illinois.

7. At the time plaintiff commenced this action in State Court and at the time of removal, all of the Removing Parties were citizens of New York and Georgia.

8. The United States District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and the action is between citizens of different states.

9. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, and is filed with this Court within thirty (30) days of Removing Parties' notice of the lawsuit and receipt of a copy of the Summons and Complaint as required by 28 U.S.C. § 1446(b). This notice is therefore timely filed.

10. Written notice of the filing of this Notice of Removal will be given to plaintiff and a copy will be filed in the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and all other applicable statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, hereby remove this cause from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: June 23, 2011

/s/Alison C. Conlon
Alison C. Conlon
Illinois State Bar No. 6272083
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 214-5619
Fax: (312) 759-5646
aconlon@btlaw.com

*Attorney for Defendants Diversapack, LLC, Diversapack of Illinois, LLC, Diversapack of Monroe, LLC, Diversapack of North Carolina, LLC and Diversapack of Chino, LLC*

CHDS01 682553v1

## CERTIFICATE OF SERVICE

Alison C. Conlon, an attorney, hereby certifies that a copy of the foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to all Counsel of Record on this 23rd day of June 2011, also served via Federal Express overnight delivery, to the following counsel of record:

>Howard M. Berrington
>Richard K. Hellerman
>Arnstein & Lehr LLP
>120 South Riverside Plaza
>Suite 1200
>Chicago, IL 60606

>/s/Alison C. Conlon
>Alison C. Conlon
>Illinois State Bar No. 6272083
>BARNES & THORNBURG LLP
>One North Wacker Drive, Suite 4400
>Chicago, Illinois 60606
>Telephone: (312) 214-5619
>Fax: (312) 759-5646
>aconlon@btlaw.com